## Commonwealth *v.* Frierson, et al., Appellants.

Argued March 18, 1975. *Donald M. Moser,* for appellant, at

No. 1139; *Jack M. Myers*, with him *Zack, Myers & Atkinson*, for appellant, at No. 1141; *Raymond P. Forceno*, with him *Brobyn, Forceno, Curran & Scandone*, and *Peruto, Ryan & Vitullo*, for appellant, at No. 1200; *Harry M. Spaeth*, Assistant District Attorney, with him *Mark Sendrow* and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed in each appeal.